**Criminal Case Cover Sheet**  **U.S. District Court - District of Massachusetts**

| | | |
|---|---|---|
| **Place of Offense:** | Category No. __050__ | Investigating Agency __FBI__ |
| City __Boston__ | Related Case Information: | |
| County __Suffolk__ | Superseding Ind./ Inf. _____ Case No. _____ | |
| | Same Defendant _____ New Defendant _____ | |
| | Magistrate Judge Case Number _____ | |
| | Search Warrant Case Number __23-mj-8269, 23-mj-8274__ | |
| | R 20/R 40 from District of _____ | |

**Defendant Information:**

Defendant Name __Miguel Hernandez__  Juvenile: ☐ Yes ☑ No

Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No

Alias Name __Miguel Perez-Hernandez, Miguel Gomez-Lopez__

Address (City & State) __45 Corona St. Apt. 3, Dorchester, MA__

Birth date (Yr only): __1994__  SSN (last4#): _____  Sex __M__  Race: __U__  Nationality: __MEXICAN__

**Defense Counsel if known:** _____  Address _____

**Bar Number** _____

**U.S. Attorney Information:**

AUSA __Elizabeth Riley__  Bar Number if applicable _____

**Interpreter:** ☑ Yes ☐ No  List language and/or dialect: __SPANISH__

**Victims:** ☑ Yes ☐ No  If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No

**Matter to be SEALED:** ☑ Yes ☐ No

☐ Warrant Requested    ☑ Regular Process    ☐ In Custody

**Location Status:**

**Arrest Date** __06/01/2023__

☐ Already in Federal Custody as of _____ in _____.
☑ Already in State Custody at __20 Bradston St. Boston, MA__  ☐ Serving Sentence  ☑ Awaiting Trial
☐ On Pretrial Release:  Ordered by: _____ on _____

**Charging Document:** ☑ Complaint  ☐ Information  ☐ Indictment

**Total # of Counts:** ☐ Petty  ☐ Misdemeanor  ☑ Felony __2__

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __09/22/2023__   Signature of AUSAs: __/s/ Elizabeth Riley  /s/ Jessica Soto__

JS 45  (5/97)   (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk):

**Name of Defendant**     Miguel Hernandez

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1: 18 U.S.C. § 2251(a),(e) | Sexual exploitation of a child | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:**